JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Blvd. - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL MIRAMONTES, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, d/b/a SMITH'S #363, a/k/a THE KROGER CO., DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | Case No. 2:21-cv-01810-JAD-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br> & ORDER     ECF No. 13 |

WHEREAS, the parties and their counsel of record participated in a private mediation on February 1, 2022 which resulted in the parties agreeing upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MIGUEL MIRAMONTES, by and through his attorney of record, Kevin R. Hansen, Esq., of the LAW OFFICES OF KEVIN R. HANSEN, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

/ / /

/ / /

/ / /

/ / /

CLAC 6784494.1

1. Plaintiff MIGUEL MIRAMONTES' claims herein against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 28th day of February, 2022.

| LAW OFFICES OF KEVIN R. HANSEN | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Kevin R. Hansen | /s/ Jerry S. Busby |
| Kevin R. Hansen, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 63635 | Nevada Bar No. 1107 |
| Amy M. Wilson, Esq. | 3016 West Charleston Boulevard, #195 |
| Nevada Bar No. 1321 | Las Vegas, NV 89102 |
| 5449 West Sahara Avenue, Suite 206 | Telephone: (702) 366-1125 |
| Las Vegas, NV 89146 | Attorneys for Defendant |
| Telephone: (702) 478-7777 | SMITH'S FOOD & DRUG CENTERS, INC. |
| Attorneys for Plaintiff | |
| MIGUEL MIRAMONTES | |

## ORDER

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE
March 1, 2022

CLAC 6784494.1

2